\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_____NORTHERN_____   DISTRICT OF   _____NEW YORK_____

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.   1:10-CV-1345 MAD/DRH**

**NIAM SAATI,**
          **Plaintiff,**

    v.

**ERIC H. HOLDER, et al.,**
          **Defendant(s).**

_____   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___XX___   **DECISION by COURT.**  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, that defendant's motion for summary judgment is GRANTED; ORDERED that plaintiff's cross motion for summary judgment is DENIED. The Clerk is directed to close this matter and judgment is entered in favor of the Defendant, and against the plaintiff, all in accordance with the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, U.S. District Judge, signed July 21, 2011.

**DATE:** __July 21, 2011__

_(signature)_
Clerk of Court

S/Britney Norton
By: _____
Deputy Clerk